UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

OCALA AUTOMOTIVE
MANAGEMENT, LLC, MORGAN
AUTO GROUP and V.B.
INVESTMENTS OF OCALA, LLC,

      Plaintiffs,

v.                                           Case No:   5:13-cv-375-Oc-22PRL

SCOTT WHITCOMB,

      Defendant.
_____

**ORDER**

This cause is before the Court on Ocala Automotive Management, LLC and Morgan Auto Group's Petition for an Order Compelling Arbitration (Doc. No. 1) filed on August 7, 2013.

The United States Magistrate Judge has submitted a report recommending that the Petition be DENIED.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed February 11, 2014 (Doc. No. 23), is ADOPTED and CONFIRMED and made a part of this Order.

2. Ocala Automotive Management, LLC and Morgan Auto Group's Petition for an Order Compelling Arbitration is hereby DENIED.

3. The Clerk is directed to CLOSE the file.

**DONE** and **ORDERED** in Ocala, Florida on March 4, 2014.

*(signature)*
ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties